UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

       Plaintiff,

vs.                                                   Case No: 2:24-cv-01013

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

       Defendants.

_____/

## **COMPLAINT AND DEMAND FOR A JURY TRIAL**

COMES NOW, the Plaintiff, Marilyn Starkloff ("Plaintiff" or "Ms. Starkloff"), by and through her undersigned counsel, hereby files this Complaint for injunctive relief and damages ("Complaint") against the Defendant, AVIATION GIN, LLC, a Delaware Limited Liability Company ("Aviation Gin"), DIAGEO NORTH AMERICA, INC, a New York Corporation ("Diageo"), Maximum Effort Productions LLC ("Maximum Effort"), Ryan Reynolds ("Reynolds"), and Adrian Molina ("Molina") (collectively "Defendants") and in support hereof states as follows:

## PARTIES, JURISDICTION AND VENUE

1.      This action arises under the laws of the United States and the Copyright Act of 1976 (17 U.S.C. § 101, et seq.), and as such, the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

2.      Venue is proper in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

3.      Plaintiff is an individual who resides in Lee County, Florida. Plaintiff is a citizen of Florida.

4.      Defendant Aviation Gin, upon information and belief, is a limited liability company formed under the laws of the State of Delaware with its principal place of business located at Three World Trade Center, 175 Greenwich St., New York, NY 10007.

5.      Defendant Diageo, upon information and belief, is a New York Corporation with its principal place of business located at Three World Trade Center, 175 Greenwich St., New York, NY 10007.

6.      Defendant Maximum Effort, upon information and belief, is a limited liability company formed under the laws of the State of Delaware with its principal place of business located at 1660 Stanford St., Santa Monica, California 90404.

7.    Defendant Ryan Reynolds, upon information and belief, is domiciled in the State of California.

8.    Defendant Adrian Molina, upon information and belief, is domiciled in the State of New York.

9.    Defendants, upon information and belief, participated in and are, in some manner, responsible for the acts described in this Complaint and any damages resulting therefrom.

## FACTUAL ALLEGATIONS

### A.    Background of Plaintiff and the Work

10.    Plaintiff is the holder of the exclusive rights under the Copyright Act of 1976 (17 U.S.C. §§101 *et. seq.*, and all amendments thereto) (the "Copyright Act") to reproduce, distribute, display, or license the reproduction, distribution and/or display of her visual work ("Plaintiff's Work" or "the Work"), which is the subject of this action, throughout the United States. Plaintiff's Work is registered with the United States Copyright Office as Registration Numbers VA0002419438 and VA0002419435.

11.    Plaintiff is an entrepreneur and photographer who has used the experience, talent, and creativity developed over years of hard work to establish a brand and business for which she offers her photography services to individuals and business.

**B.      Aviation Gin's Use of Plaintiff's Work**

12.      On or around December 20, 2018, Plaintiff constructed a Christmas-themed Aviation Gin photoshoot and uploaded the resulting photograph to her Instagram account. Then, Aviation Gin, without the permission of Plaintiff, used the photograph and uploaded it to its Instagram account where it remains visible to its approximately 355,000 followers. A true and correct copy of the subject Instagram photograph is attached hereto as Exhibit 1.

13.      On or around December 28, 2018, Plaintiff constructed a New Years Eve-themed Aviation Gin photoshoot and uploaded another photograph to her Instagram account. Adrian Molina ("Molina"), through Aviation Gin's Instagram account, then requested permission to post the photograph on the Aviation Gin account, which Plaintiff granted. Aviation Gin then uploaded the photograph to its account on December 31, 2018. A true and correct copy of the subject photograph is attached hereto as Exhibit 2.

14.      As a result of Plaintiff's talent and creativity, and Aviation Gin's desire to utilize Plaintiff's services, the December 2018 photographs were the first in what evolved into a pattern of Aviation Gin's improper use of Plaintiff's work without compensation.

15.      In or around January 2019, Molina, an employee of Aviation Gin and manager of Aviation Gin's Instagram content, personally contacted Plaintiff via

Instagram to discuss her talent as a photographer and expressed a desire to remain in contact with Plaintiff.

16.     Specifically, between January 12, 2019 and January 15, 2019, Molina told Plaintiff that he "definitely would love to give [Plaintiff] a bigger platform" with Aviation Gin and offered to send Plaintiff Aviation Gin "bottles," which were never sent. Molina further advised Plaintiff that he was "more than happy to help support any creative ideas…" of Plaintiff's. A true and correct copy of the subject communication is attached hereto as Exhibit 3.

17.     On February 15, 2019, Molina told Plaintiff that he would "dig into the calendar and get [Plaintiff] on some paid projects" and that he "[could] help [Plaintiff's] portfolio and obviously be a reference too." Molina nor Aviation Gin provided Plaintiff with the opportunity to work on "paid projects." A true and correct copy of the subject communication is attached hereto as Exhibit 4.

18.     On March 1, 2019, Molina contacted Plaintiff to request that she conduct an Aviation Gin "apparel shoot" using Aviation Gin merchandise for use on Aviation Gin's merchandise website, shop.aviationgin.com (the "Website"). Plaintiff eventually conducted the apparel photoshoot in September 2019 and Aviation Gin has used the photographs on its website since. A true and correct copy of the subject communication is attached hereto as Exhibit 5.

19.     On March 19, 2019, Molina requested high-resolution versions of Plaintiff's Aviation Gin "bees knees cocktail" photograph. Plaintiff provided the photograph on the same day and Aviation Gin uploaded the photograph to Instagram on March 20, 2019. A true and correct copy of the subject communications and the subject photograph are attached hereto as Exhibit 6.

20.     On April 12, 2019, Molina requested a high-resolution version of Plaintiff's photograph to potentially be used for an Aviation Gin "#GinOfThrones" themed Instagram post. Plaintiff provided the photograph later that day, but Aviation Gin did not upload it at that time. A true and correct copy of the subject communications and the subject photograph are attached hereto as Exhibit 7.

21.     Also on April 12, 2019, Molina offered to send Plaintiff Aviation Gin-branded 'pop sockets' but failed to ever do so. A true and correct copy of the subject communication is attached hereto as Exhibit 8.

22.     On July 4, 2019, Molina contacted Plaintiff to request an Aviation Gin-themed Fourth of July photograph. Plaintiff provided the photograph to Molina on the same day and Aviation Gin uploaded the image to its Instagram Story. A true and correct copy of the subject communications and the subject photograph are attached hereto as Exhibit 9.

23.     On September 12, 2019, Molina again contacted Plaintiff to request a photoshoot consisting of an Aviation Gin "bomber jacket" for an advertising

campaign "for the fall." Molina suggested that Plaintiff take the photographs on the beach. Plaintiff purchased the bomber jacket for approximately $50.00 and was not reimbursed. A true and correct copy of the subject communications and the subject photographs are attached hereto as Exhibit 10.

24.    On September 23, 2019, Plaintiff sent Molina the bomber jacket photographs which Aviation Gin subsequently posted to its Instagram and Twitter/X accounts on the same day. See Exhibit 10.

25.    On February 12, 2020, Molina contacted Plaintiff because he had an idea for which he wanted to "leverage [Plaintiff's] skills" for an Aviation Gin-themed Valentine's Day Instagram post. Plaintiff purchased a ring case and captured the photograph which Aviation Gin posted to its Instagram on February 14, 2020. A true and correct copy of the subject communications and the subject photograph are attached hereto as Exhibit 11.

26.    On February 13, 2020, Molina told Plaintiff "[h]owever I can help make your passion a career in [sic] here for it" and that he "know[s] potential and talent when I see it...so however I can help..." A true and correct copy of the subject communication is attached hereto as Exhibit 12.

27.    On multiple occasions over the course of the communications between Plaintiff, Aviation Gin, and Molina, Molina told Plaintiff that he would assist her in building a client base and/or act as a reference. On February 18, 2020, upon Plaintiff

asking if Molina was still willing to act as a reference, Molina responded by saying "[f]uck yes add me put all my info I will be your hype/wingman". A true and correct copy of the subject communication is attached hereto as Exhibit 13.

28.    On February 20, 2020, Molina again contacted Plaintiff to conduct a photoshoot using Aviation Gin branded socks for a potential Instagram giveaway. Plaintiff purchased the Aviation Gin socks and conducted the photoshoot. She then provided the photographs to Molina and Aviation Gin uploaded the photographs on Instagram on April 3, 2020. A true and correct copy of the subject communications and the subject photographs are attached hereto as Exhibit 14.

## C.    The Quarantini Viral Sensation

29.    On March 12, 2020, during the coronavirus pandemic, Plaintiff uploaded a photograph of Aviation Gin and "Emergen-C" to her Twitter/X account with the caption "Time for a quarantiniii" and tagged Aviation Gin and Reynolds. A true and correct copy of the subject photograph is attached hereto as Exhibit 15.

30.    Emergen-C responded to Plaintiff's post of the Quarantini and stated "We do not recommend taking any of our products with alcohol."

31.    Plaintiff then uploaded the same Quarantini photograph to Facebook where, to date, it has been shared over 100,000 times by Facebook users.

32.     Overall, the Quarantini was shared by Reynolds and Aviation Gin, several other celebrities including Vanessa Hudgens and Kristen Bell, and dozens of national and international news outlets including, Fox News, Daily Mail, and Yahoo.

33.     The Quarantini became a global trend and viral sensation and resulted in Reynolds setting an "out of office email" which automatically responded to senders with the message "I am out of the office because everyone is. Official Statement on the "Quarantini" below. Do NOT drink alcohol if you are feeling under the weather please." The email included Plaintiff's Quarantini photograph. A true and correct copy of the subject email is attached hereto as Exhibit 16.

34.     Regarding the Quarantini, Aviation Gin, via Instagram and Twitter/X, stated that "[w]hile everyone should take precaution during these times we do not recommend having a "Quarantini" or any alcohol if you are feeling under the weather. If you're feeling fine and of legal drinking age, a little Vitamin C consumption doesn't hurt." A true and correct copy of the subject posts is attached hereto as Exhibit 17.

35.     On March 13, 2020, as a result of the Quarantini sensation, Molina asked Plaintiff to "edit the Facebook post and tag [the Aviation Gin] page" because Molina did not use Facebook. A true and correct copy of the subject communication is attached hereto as Exhibit 18.

36.     According to Molina, the Quarantini became so widespread that even "ppl [sic] that are not on social media are sharing [Plaintiff's] meme on emails," including Aviation Gin's vice president of sales and product distributor. A true and correct copy of the subject communication is attached hereto as Exhibit 19.

37.     Molina further stated to Plaintiff that she was "making the internet happy" and that "[i]n this time of crisis you made them all smile…not Aviation but you." A true and correct copy of the subject communication is attached hereto as Exhibit 20.

38.     On March 14, 2020, Molina was interviewed on the podcast "Making the Brand" where he credited Plaintiff with the creation of the Quarantini.

39.     Due in part of the popularity of the Quarantini, on April 3, 2020, Reynolds appeared on The Colbert Late Show and discussed the rise of his Aviation Gin product. After his appearance, Reynolds, on Twitter, credited Plaintiff as the creator of the Quarantini in saying "I wish I could take credit for the Quarantini. That credit goes to @MStarkloff" (Plaintiff's Twitter/X Username)." A true and correct copy of the subject post by Reynolds is attached hereto as Exhibit 21.

**D.     Post-Quarantini Communication and Aviation Gin Sale**

40.     On March 13, 2020, Molina also told Plaintiff to "quit her job…and I will be your reference and I'm sure Ryan [Reynolds] can" as well. A true and correct copy of the subject communication is attached hereto as Exhibit 22

41.    On March 30, 2020, in advising Plaintiff of potential employment, Molina told Plaintiff that "If we were hiring I would for real." A true and correct copy of the subject communication is attached hereto as Exhibit 23.

42.    On April 11, 2020, Molina, through the Aviation Gin Instagram account, stated to Plaintiff that "I wish I could hire you…" A true and correct copy of the subject communication is attached hereto as Exhibit 24.

43.    In August 2020, Molina told Plaintiff that Aviation Gin was going to "be in the news heavy on Monday" for a "top secret" reason. As it turned out, Molina was alluding to Diageo's approximately $600 million acquisition of Aviation Gin which was announced on August 17, 2020. A true and correct copy of the subject communication is attached hereto as Exhibit 25.

44.    While not the sole reason for the purchase by Diageo, Plaintiff's Quarantini post clearly led to a heightened valuation of Aviation Gin which it then capitalized on and parlayed the virality and success into the subsequent sale.

45.    On December 2, 2020, Molina contacted Plaintiff to send her Aviation Gin-branded sweaters because he "appreciate[d] everything" she had done for him and Aviation Gin. Molina never sent the sweaters. A true and correct copy of the subject communication is attached hereto as Exhibit 26.

46.    On February 24, 2021, during a conversation between Molina and Plaintiff, Molina told Plaintiff he would send her a pool floatie. Molina specifically

stated "Imma [sic] send you one" and that Plaintiff would "get use out of it in FL…" A true and correct copy of the subject communication is attached hereto as Exhibit 27.

47.    On January 20, 2022, Julian Gumboa, an Aviation Gin employee, contacted Plaintiff and asked if she "would be interested in shooting some [Aviation Gin] content?" Plaintiff advised that she was interested, but Gumboa did not contact her further. A true and correct copy of the subject communication is attached hereto as Exhibit 28.

48.    On August 10, 2022, Molina, via Instagram, told Plaintiff that he was "leaving Aviation soon" but that it "was a secret for now" and Plaintiff was "the first to know." A true and correct copy of the is attached hereto as Exhibit 29.

49.    On September 25, 2022, the creative director of Davos Brands, LLC, "Khris with a K" contacted Plaintiff via Instagram stating that he would "reach out to [her] soon for a price quote" because he was working with "a brand that needs some bottle photography." Khris with a K did not contact her further. A true and correct copy of the subject communication is attached hereto as Exhibit 30.

50.    On September 13, 2023, Plaintiff sent a message to Aviation Gin via Instagram to request that she be considered for compensated photoshoots and collaboration to which Aviation Gin responded "Of course Marilyn!!!" and that Aviation Gin would be interested in "coming up on some organic content

brainstorms and definitely would be able to work something out for a proper paid [photo]shoot." Plaintiff never again heard from Aviation Gin regarding paid opportunities. A true and correct copy of the subject communication is attached hereto as Exhibit 31.

### E.    The Aviation Gin Multiverse

51.    On June 16, 2024, Plaintiff uploaded a photograph to Instagram consisting of the Aviation Gin "Deadpool" edition bottle and a Laughing Man Coffee Wolverine edition coffee blend. Reynolds shared the image on his Instagram story to his approximately 50 million followers. A true and correct copy of the subject photograph is attached hereto as Exhibit 32.

52.    On June 18, 2024 on Twitter/X, Plaintiff posted that she had "an idea to create comic strip photos of the Deadpool gin universe" (the "Multiverse Idea").

53.    On July 22, 2024 Aviation Gin released a video featuring multiple Aviation Gin bottles interacting in a "multiverse" setting—eerily similar to Plaintiff's idea only one month prior. Attached hereto is an image from Aviation Gin's multiverse setting as Exhibit 33.

54.    When combined with Plaintiff's initial "multiverse" image and Ryan Reynold's sharing of same, it is clear and obvious that Aviation Gin drew significant inspiration from Plaintiff's ideas to create a derivative work but failed to compensate or even provide her with fair credit and recognition for her creative contributions.

**F.     The Result of Plaintiff's Work and Aviation Gin's Continued Use**

55.     Based on the manifestations of Aviation Gin and its employee, Molina, Plaintiff continued to capture photographs of Aviation Gin products utilizing her own artistic vision which Aviation Gin subsequently used and continues to use across its Instagram and Twitter/X accounts. As a result, Plaintiff owns any and all copyright rights in the Work.

56.     Over the course of six years, based on her constant interactions with Aviation Gin and Molina, Plaintiff meticulously constructed and captured no fewer than 97 photographs which Aviation Gin used at least 43 times across its social media accounts.

57.     Since December 21, 2018, Aviation Gin has engaged in a fraudulent scheme of false promises deceiving the Plaintiff of proper compensation for her artistic works while receiving substantial commercial gain.

58.     Plaintiff continued to conduct Aviation Gin photoshoots with the hope it would eventually lead to paid opportunities or employment, as alluded to by Aviation Gin and Molina.

59.     In total, Aviation Gin has used Plaintiff's Work on its Instagram account on 28 occasions: December 21, 2018, December 31, 2018, March 20, 2019, June 1, 2019, July 15, 2019, August 12, 2019, September 20, 2019, September 23, 2019, October 1, 2019, December 25, 2019, December 31, 2019, February 14, 2020,

February 25, 2020, April 3, 2020, April 17, 2020, May 19, 2020, June 23, 2020, October 28, 2020, December 1, 2020, December 21, 2020, March 26, 2021, April 21, 2021, May 9, 2021, July 13, 2021, December 3, 2021, December 24, 2021, December, 31, 2021, and June 2, 2023.

60.    On June 6, 2019, Aviation made its first of fifteen separate posts using Plaintiff's Work on Twitter/X.

61.    Aviation Gin also used Plaintiff's Work on its Twitter/X account on the following dates: June 6, 2019, September 23, 2019, December 25, 2019, December 31, 2019, February 14, 2020, February 25, 2020, October 29, 2020, March 26, 2021, May 9, 2021, May 20, 2021, June 28, 2021, July 7, 2021, November 1, 2021, December 3, 2021, December 24, 2021.

62.    Plaintiff did not sell the Work to Aviation Gin, nor did Aviation Gin agree to license the photographs from Plaintiff for any use, personal or commercial.

63.    Further, Aviation Gin repeatedly undermined Plaintiff's visibility and potential exposure by either failing to provide proper credit or doing so inconsistently, thereby diminishing the value and recognition of Plaintiff's Work.

64.    In constructing, creating, and capturing the subject photographs, Plaintiff not only utilized her knowledge of contemporary social media trends, but also expended her own funds to pay for models, material, and other equipment to enhance the quality of the Work.

65.    As a result of the lack of communication and Aviation Gin's duplicitous actions, on July 26, 2024, July 30, 2024, and August 5, 2024, Plaintiff was put in contact with Clare Berman, the director of operations for Maximum Effort, to discuss the situation. Ms. Berman did not respond to Plaintiff. A true and correct copy of the subject communications are attached hereto as Exhibit 34.

66.    On August 26, 2024, Plaintiff, through counsel, sent Defendants a demand letter (the "Letter") with an offer for settlement, and a notice to preserve documents and data.

67.    Defendants did not respond to the Letter and, instead, proceeded to comb through Plaintiff's Facebook account to flag and cite for removal her own posts containing references to Aviation Gin. A true and correct copy of the correspondence Plaintiff received from Facebook on August 29, 2024 is attached hereto as Exhibit 35.

68.    Defendants failed to respond to the Letter and, to date, Defendants have made no attempt to settle this matter.

## COUNT I – COPYRIGHT INFRINGMENT (17 U.S.C. § 501)

69.    Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

70.    The Work consists of original photographs containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17

U.S.C. § 101, et. seq. Plaintiff is the exclusive owner of rights under copyright in and to the Copyrighted Work. Plaintiff owns a valid copyright registration for the Copyrighted Work.

71.    Through Aviation Gin's conduct alleged herein, including Aviation Gin's reproduction, distribution, and public display of the Work without Plaintiff's permission, Defendant has directly infringed Plaintiff's exclusive rights in the Work in violation of 17 U.S.C. § 501.

72.    On information and belief, Defendant's infringing conduct alleged herein was and continues to be willful and with full knowledge of Plaintiff's rights in the Work, and has enabled Defendant to illegally to obtain profit therefrom.

73.    As a direct and proximate result of Defendant's infringing conduct alleged herein, Plaintiff has been harmed and is entitled to damages in an amount to be proven at trial. Pursuant to 17 U.S.C. § 504(b), Plaintiff is also entitled to recovery of Defendant's profits attributable to Defendant's infringing conduct alleged herein, and an accounting of and a constructive trust with respect to such profits.

74.    As a direct and proximate result of the Defendant's infringing conduct alleged herein, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law. On information and belief, unless Defendant's infringing conduct is enjoined by this Court, Defendant will continue to infringe the Copyrighted Work. Plaintiff therefore

is entitled to permanent injunctive relief restraining and enjoining Defendant's ongoing infringing conduct.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT II – FRAUDULENT INDUCEMENT

75.     Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

76.     In response to Plaintiff's request for compensation, Aviation Gin, stated to Plaintiff "Of course Marilyn!!" Aviation Gin then further stated that it "definitely would be able to work something out for a proper paid [photo]shoot."

77.     Defendant made these this statement in September 2023 via Instagram direct message.

78.     Aviation Gin's statement that it would compensate Plaintiff for her work and "work something out for a proper paid [photo]shoot" was false because after that date, Aviation Gin ceased contact with Plaintiff, failed to compensate Plaintiff, and did not attempt to coordinate a photoshoot.

79.    Aviation Gin's misrepresentation caused the statute of limitations to expire on Plaintiff's potential copyright infringement claims as it related to thirteen of Aviation Gin's unauthorized uses of the Plaintiff's work[1].

80.    Aviation Gin's misrepresentation was material because Plaintiff relied on Aviation Gin's promise to compensate and or coordinate a photoshoot in deciding whether to pursuit a suit against Aviation Gin.

81.    Specifically, as a direct result of Aviation Gin's misrepresentation and Plaintiff's reliance on same, Plaintiff decided to delay filing suit against Aviation Gin for copyright infringement and the additional causes of action included in this Complaint.

82.    Neither the Plaintiff nor a reasonable person would have awaited filing suit if Aviation Gin had not made the false representation.

83.    When Aviation Gin made the statement to Plaintiff, it made the statement knowing it lacked any intention to compensate Plaintiff or arrange a photoshoot because, up to and including September 2023, Aviation Gin had been using Plaintiff's Work for nearly five years without proper compensation or authorization.

---

[1] If Plaintiff filed suit in September 2023, damages arising from Aviation Gin's infringing activity on the following dates also would have been recoverable. On Instagram, on October 28, 2020, December 1, 2020, December 21, 2020, March 26, 2021, April 21, 2021, May 9, 2021, and July 13, 2021. On Twitter/X, on October 29, 2020, March 26, 2021, May 9, 2021, May 20, 2021, June 28, 2021, July 7, 2021

84.   As a result of Plaintiff's reliance on Aviation Gin's misrepresentations, Plaintiff has been damaged.

85.   Aviation Gin's misrepresentation, inducing Plaintiff's reliance, was the direct and proximate cause of the Plaintiff's loss.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT IV – UNJUST ENRICHMENT

86.   Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

87.   There is no contract between Plaintiff and Defendant that covers the unauthorized use of Plaintiff's work by Defendant and Defendant's commercial gain from same.

88.   Between December 21, 2018 and June 2, 2023, Plaintiff conferred a multitude of benefits on Defendant by constructing and capturing photographs of Aviation Gin's product in a creative manner. Without Plaintiff's permission,

Aviation Gin used the photographs on social media platforms including Instagram and Twitter/X and on its website at shop.aviationgin.com.

89.    Aviation Gin derived a commercial benefit from its unauthorized use of Plaintiff's photographs.

90.    Aviation Gin had knowledge of the services that Plaintiff was providing, of the benefits those services provided, and of Plaintiff's expectation to be paid for her work.

91.    By unauthorizedly utilizing Plaintiff's photographs for commercial gain and advertisements, Aviation Gin accepted and retained the benefit that Plaintiff conferred on it.

92.    Aviation Gin has been unjustly enriched as a result, and under the circumstances, it would be inequitable for it to retain the benefit of Plaintiff's services and Work without compensating Plaintiff for the value of her services.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT V – QUANTUM MERUIT

93.     Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

94.     Plaintiff acknowledges that there is no contract between Plaintiff and Defendants that covers the subject matter of this dispute.

95.     Beginning in December 2018 and continuing to this day, Plaintiff conferred and continues to confer a benefit on Defendants.

96.     Plaintiffs Work remains visible on Aviation Gin's Instagram and Twitter/X accounts and on the Website.

97.     Defendants not only assented to the benefit conferred by Plaintiff, but requested, on multiple occasions, that Plaintiff confer the benefit of her photography services.

98.     Based on Plaintiff's continuous efforts and communications, Defendants knew that Plaintiff expected that, at some point, she would be compensated or hired for employment in exchange for her services.

99.     To date, Defendants have not compensated Plaintiff for any of the Work and continues to reap the benefits of Plaintiff's work.

100.    As a result of Defendants' refusal and failure to pay Plaintiff for the reasonable value of her services, Plaintiff has been damaged and suffered monetary losses.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in

her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT VI – BREACH OF CONTRACT

101. Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

102. On several dates between December 2018 and September 2023, Aviation Gin and Plaintiff entered into valid and enforceable contracts.

103. Molina and Aviation Gin, in writing, agreed to provide Plaintiff with merchandise and opportunities to work for Aviation Gin on a paid basis.

104. In exchange for the aforementioned promises, Plaintiff continued to provide Aviation Gin with photographs and content which Aviation Gin used across its social media and website.

105. Plaintiff performed her duties and all conditions.

106. Aviation Gin breached the agreement with Plaintiff by failing to provide Plaintiff with the promised merchandise and the opportunities for paid work.

107. As a result of Aviation Gin's breaches, Plaintiff has sustained damages.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in

her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT VII – BREACH OF IMPLIED AGREEMENT

108.   Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

109.   As evidenced above, on several occasions Molina and/or Aviation Gin entered into various oral agreements with Plaintiff.

110.   Molina agreed to send Plaintiff a variety of Aviation Gin-branded merchandise such as sweaters, pop-sockets, and pool floaties.

111.   Aviation Gin also agreed to hire Plaintiff for paid projects and additional opportunities to work for the company.

112.   Each time Molina offered to send product, Plaintiff assented to receive the items and, in return, she continued to provide photographs of Aviation Gin product to Molina and Aviation Gin.

113.   Molina and/or Aviation Gin materially breached their agreements with Plaintiff as they failed to provide Plaintiff the promised merchandise and/or opportunities to be paid for her work.

114.   As a result of Molina and Aviation Gin's breaches, Plaintiff sustained damages.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT VIII – VIOLATION OF DATA PRESERVATION NOTICE PURSUANT TO RULE 37 OF FED. R. CIV. P.

115.   Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

116.   On August 29, 2024, Defendants attempted to remove evidence of Aviation Gin's involvement with Plaintiff.

117.   Specifically, Defendants attempted to claim that one of Plaintiff's Facebook posts caused a Copyright violation.

118.   Defendants took these actions after being sent a data preservation notice which advised Defendants that they were "obligated and ha[d] a duty to preserve all evidence that may be relevant to the dispute referenced throughout and which may be subjected to litigation."

119.  Rule 37(e) of the Federal Rules of Civil Procedure states that "if electronically stored information that should have been preserved in the anticipation or conduct of litigation is lost because a party failed to take reasonable steps to preserve it, and it cannot be restored or replaced through additional discovery, the court:

> (1) upon finding prejudice to another party from loss of the information, may order measures no greater than necessary to cure the prejudice; or
> (2) only upon finding that the party acted with the intent to deprive another party of the information's use in the litigation may:
> (A) presume that the lost information was unfavorable to the party;
> (B) instruct the jury that it may or must presume the information was unfavorable to the party; or
> (C) dismiss the action or enter a default judgment.

120.  Not only did Defendants fail to take reasonable steps to preserve the evidence, but Defendants also took active steps to conceal or remove the evidence.

121.  Based on Defendant's intentional acts, this Court should make any instructions that the evidence and/or information was unfavorable to Aviation Gin.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the

court deems just and proper.

## COUNT IX – SPOLIATION OF EVIDENCE

122.   Plaintiff incorporates and realleges paragraphs 1 through 66 as is fully set forth herein.

123.   On August 29, 2024, Defendants attempted to remove evidence of Aviation Gin's involvement with Plaintiff.

124.   Specifically, Defendants attempted to claim that one of Plaintiff's Facebook posts caused a Copyright violation.

125.   Defendants took these actions after being sent a data preservation notice which advised Defendants that they were "obligated and ha[d] a duty to preserve all evidence that may be relevant to the dispute referenced throughout and which may be subjected to litigation."

126.   Defendants had knowledge of the existence of a potential civil action.

127.   Defendants were under a legal duty to preserve evidence regarding its communications with Plaintiff and Plaintiff's Work.

128.   Defendants' destruction/attempted removal of evidence impaired Plaintiff's ability to prove the aforementioned causes of action against the Defendants.

129.   As a result of Defendants' actions, Plaintiff was limited in determining the extent of Aviation Gin's wrongful conduct and Plaintiff has sustained damages.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT X – ACTUAL AUTHORITY AGAINST ADRIAN MOLINA

130.  Aviation Gin provided Molina with actual authority to act on its behalf.

131.  Molina acted on behalf of Aviation Gin as Molina was, and continually held himself out to be, an agent of Aviation Gin who had decision-making authority.

132.  Molina occasionally provided direction to Plaintiff on what photographs to capture.

133.  Molina maintained control over the Aviation Gin Instagram account and had authority over the content that was uploaded.

134.  As an agent/employee of Aviation Gin with authority to do so, Molina made various representations to Plaintiff regarding payment for her work and/or potential employment.

135.  Plaintiff continually relied on Molina's representations to her detriment as she continually used her own funds to capture photographs that would be used by Molina and Aviation Gin.

136. Plaintiff's reliance on Molina's representations was reasonably justified.

137. Aviation Gin, as the principal, is liable for the acts of Molina as Aviation Gin authorized Molina to make the representations from the outset.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendant, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## COUNT XI – APPARENT AGENCY AGAINST ADRIAN MOLINA

138. An apparent agency relationship was created between Aviation Gin and Molina was, and continually held himself out to be, an agent of Aviation Gin who had decision-making authority.

139. Molina maintained control over the Aviation Gin Instagram account and had authority over the content that was uploaded.

140. As an agent/employee of Aviation Gin, Molina made various representations to Plaintiff regarding payment for her work and/or potential employment.

141. Plaintiff continually relied on Molina's representations to her detriment

as she continually used her own funds to capture photographs that would be used by Molina and Aviation Gin.

142.    Plaintiff's reliance on Molina's representations was reasonably justified.

143.    Aviation Gin, as the principal, is liable for the acts of Molina just as if Aviation Gin had authorized Molina to make the representations from the outset.

WHEREFORE, Plaintiff, MARILYN STARKLOFF, demands judgment in her favor against Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC., MAXIMUM EFFORT, LLC, RYAN REYNOLDS, and ADRIAN MOLINA and respectfully request that this Court grant all relief to Plaintiff, and award her costs and attorneys' fees and any such other relief that the court deems just and proper.

## DEMAND FOR JURY TRIAL

144.    Plaintiff requests a trial by jury on all issues so triable


Dated: November 1, 2024

Respectfully submitted,

**LANDRY LEGAL PLLC**
*Attorneys for Plaintiff*
43 W. 43rd St. Suite 272
New York, NY 10036
Phone: 404-873-1111
Email: josh@landrypllc.com

By: */s/ Joshua S. Battat*____
Joshua S. Battat
Florida Bar Number: 1050364

**PERRY & YOUNG**
*Attorneys for Plaintiff*
200 Harrison Ave.
Panama City, FL 32401
Phone: 850-215-7777
Email: lperry@perry-young.com

By: */s/Henry Lawrence Perry*____
Henry Lawrence Perry
Florida Bar Number: 59765

# EXHIBIT 1

AVIATIONGIN
**Posts**                                    Follow



 

5,119 likes

aviationgin 295w · Finally found a good use for candy canes, other than breaking in your pocket or saving them for Halloween to confuse trick or treaters. [📷:@marilyn_star] #Ginmas

View all 68 comments

December 21, 2018

**EXHIBIT 2**



## Posts

 **aviationgin** ✓ ···



  

**4,382 likes**

**aviationgin** 294w · Every year should be the best year ever, 2019 is no different. Happy New Year! #2019 [📸:@marilyn_star]

View all 59 comments

December 31, 2018

**EXHIBIT 3**

 

Adrian Molin... >
theadrianmolina

**What you crazy! Don't ever stop!**

**You're awesome at it**

**How ever I can help let me know**

**Definitely would love to give you a bigger platform on AAG**

**I'll send you bottles actually haha**

> Haha aww thankyou! :) I won't now. Thankyou so much! Ironically I just bought another one just now haha!

> What do you mean by bigger platform on AAG? Haha

**Well I definitely will stock you up, your work is amazing so however I can help liquid inspiration**

---

afterwards

**Lol!!! The perfect subject!**

> Exactly my thoughts haha!

**Well I definitely owe you drinks and dinner next time I'm in your part of FL! And more than happy to help support any creative ideas within reason you may have!**

> Aww thankyou ❤️❤️ that would be amazing!!

**Literally the least I could do!**

Couldn't load image. Tap to retry.

# EXHIBIT 4

← Adrian Molin... >
theadrianmolina

photography slut bc "I give the goods away for free" even that wedding 😵 I can't charge/ask for something I have fun doing though!

Lol that's rude

Let me dig in to the calendar and get you on some paid projects 😊

You have a talent for sure

However I can help your portfolio and obviously be a reference too!

Lol nooo. No worries it just makes me excited enough being featured! Omgosh a reference would be amazing though!! Haha I'm just trying to learn :) and I never realized how fun product photography would be 😵 so used to people!

Lol products pose you want them

**EXHIBIT 5**



Adrian Molin... >
theadrianmolina

Oh shit lol, nice!

Mar 01, 2019

Ever did an apparel shoot? Lol
I need some lifestyle of the
merch store stuff done lol

Yes :p did a jewelry shoot just a
few days ago. I would be glad to
do that for ya! 😊

Oooh lemme see

I'm thinking like people wearing
the merch and having a good
time

Just don't have content of the
merch ya know

That sounds like fun! I could
have fun with that round up a
pretty crowd haha!

 ❤️

Alot of the photos are cropped

**EXHIBIT 6**

← Adrian Molin... >
theadrianmolina

Mar 19, 2019

Hi hi think ya can shoot over the hi res of your bees knees cocktail

Soo good for first day of spring!

Yes of course! I'll send it to you when I get home :)

🙌🙌🙌🙌

😁😁😁

Mar 19, 2019

I emailed them to you! :)

🙌🙌🙌🙌

😁😁😁😁😄 haha always know how to make my day!

Follow

aviationgin ✔ 

···



4,786 likes

aviationgin 282w · Winter? We barely knew her. Hello Spring  [📸:@marilyn_star]

View all 69 comments

March 20, 2019

# EXHIBIT 7

9:46

Adrian Molin... ›
theadrianmolina

Apr 12, 2019

Heyyy think ya could send me the hi-res of this? May be my #GinOfThrones post

Haha yes of course. I will when I get home :)

You da best, thanks!

No problem sir! Thankyouuu :D

Of course! Saw you bought a bomber 😊

Um hell yea haha. I wanted it the first time I saw you modeling the merch!! 😅

Also I want to use it in photos lol its harder than I thought gathering a group with everyones different work schedules. I'm still trying though. I might just throw a



# EXHIBIT 8

Adrian Molin...
theadrianmolins

people who wrote that article saw it!!

Pop sockets are the things you stick on the back of the phone and pop out

And omg thank you

Yess I need one right now mine has my works name currently bc I got a free sample 😂 but I'd totally replace that with aviation gin

I gotchu

And of course!! That was well deserved praises! The man behind the account deserves it

I'm blushing

😋
❤️

Apr 12, 2019

Message...

# EXHIBIT 9



← 🔘 Adrian Molin... ›   📞 📷 💬
theadrianmolina

Jul 04, 2019

Heyyy girll can you shoot me that dope 4th pic

Can I feature you again tomm if you don't mind

Of course !! I will I'm not around my laptop tonight but I'll send it to you tomorrow!! Or maybe tonight late if I can

Whenever is clever!

Hahah okay!!

No you nailed it!

Omg thankyou! You're like my favorite person

Jul 04, 2019

So I sent you the photo. Wish I could have joined you in the I Fun tonight!

📷 Message...   🎤 🖼 💬 ⊕



# Highlights  July 4, 2019



# EXHIBIT 10



← Adrian Molin... ›
theadrianmolina

But that's the game baby

True 😂 his face will always guarantee to get you likes. I thought it was a good caption! Hahah thankyou ❤️❤️❤️

Haha you're the sweetest! But no you can't expect a million likes every post rule **#1** from social media management

BUT I could make that bomber jacket pop offff any luck on those photos?

Sounds like a stressful job I over think everything lol. I'm getting them on Sunday!! :D

I'll get them to you before monday :)

❤️

You da besttt

Sep 23, 2019

Message...

← Adrian Molin... >
theadrianmolina
📞 🎥 💟

Sep 23, 2019



Message...





aviationgin ✓



Follow

•••



1/3

    





**1,442 likes**

**aviationgin** 256w · The Aviation Gin Social Media team were supposed to shoot "Fall cocktails" for the #firstdayofautumn 🍁 but it turned into a "Fall fashion" shoot. So we're... more

View all 26 comments

September 23, 2019

**EXHIBIT 11**



← 🧑 **Adrian Molin...** 📞 📷 🏷️
theadrianmolina

Feb 12, 2020

 I have a dumb idea might want to leverage your skills for haua

 Do you have a mini and a ring case that's used for proposals lol

Feb 12, 2020

Haha I do in fact!



Haha had the dumb idea of a  mini proposal for VDay

 That would be cute! I'll see what I can do! :)

 You're a life saverrr



   

 

**7,717 likes**

**aviationgin** 235w · We're just a gin, standing in front of a human asking them to love us. #ValentinesDay ❤️ [📸:@marilyn_star]

View all 159 comments

February 14, 2020

**EXHIBIT 12**

Adrian Molin... >
theadrianmolina

It's a certain type of ADD

But no seriously Marilyn you got talent! Get Dem checks

Be like "umm Ryan Reynolds likes my shit"

Be the bad bitch that you are

> Hahaha maybe that really is a compliment considering all those amazing photographers you work with. Lol you're going to make me cry 😭😭

Hey Guy Aroch who is Ryan's preferred photog and does Vogue stuff sucks

If you counted it you have a better eye for brand

He shoots Ryan because Ryan likes him

However I can help make your passion a career in here for it

Message...

difficult lol.

That's where you're stuck

Take your own path to the level you want to be at

Destinations are the same on Google maps but the routes are always changeable and sometimes not even on the GPS

❤️

Haha sorry for being preachy

But bottom line

You are talented, pretty, self aware, funny and have a fuck ton of potential

I'm not a role model in any way but I know potential and talent when I see it

So however I can help haha

I'll take your advice. Thankyou so much! I'll try to believe that 😭 I don't have enough

Message...

# EXHIBIT 13



←   **Adrian Molin...** >
  theadrianmolina

Feb 18, 2020

Hey adrian a while back ago(this may have been last year) you mentioned I could list you as a reference on my resume. Is that still possible ? Just wanted to make sure it was okay with you before I do anything. not sure if it will intrigue where ever I'm applying but it's worth a shot maybe lol idk

Fuck yes add me put all my info I will be your hype/wingman

Hahha thankyou so much!!!! That would be awesome! 😂

Gotchu!
❤️

Thankyou!!!
❤️

Feb 19, 2020



Message...

**EXHIBIT 14**


Feb 20, 2020

 Odd request do you have any more pics of AAG socks lol and this is not a foot thing

Ah I don't but I can get some!

Did you have something in mind?

Idk may want to do an IG giveaway of like 10 pairs

Want to show them in action all ingot is the merch store photo that's a white background

Something similar to what you did with the dog walking bottle

But obvi no dog haua

The copy I'm thinking is that our gin taste so good that it's been known to blow socks off

Oh nice!! Yeah I can get some :)

 Message...



 **aviationgin** ✔

**4,845 likes**

**aviationgin** 228w · We're glad you're staying home and washing your hands...BUT your feet, may feel a little neglected. So we're giving away some socks (safely... more

View all 1,061 comments

April 3, 2020

**EXHIBIT 15**



**Marilyn Starkloff**
@MStarkloff · Follow

Time for a quarantiniii 🍸 😷
@AviationGin @vancityreynolds



10:56 PM · Mar 12, 2020

**EXHIBIT 16**

2:07    96% 

 **Ryan Reyn...** 3/14/2020

to me

From   Ryan Reynolds • Ryan@aviationgin.com

To   Marilyn Starkloff • starkloffmarilyn@gmail.com

Date   Mar 14, 2020, 5:14 PM

🔒 Standard encryption (TLS).

View security details

Hello,

I am out of the office because everyone is. Official statement on the "Quarantini" below. Do NOT drink alcohol if you are feeling under the weather please.



While everyone should take precaution during these times we do not recommend having a

Reply



--
**Ryan Reynolds**
Owner
**Aviation American Gin**
www.aviationgin.com

# EXHIBIT 17

2:11  95%

← **Post**

 **Aviation American Gi...** 🔒 · 13 Mar 20   ⋮

While everyone should take precaution during these times we do not recommend having a 'Quarantini' or any alcohol if you're feeling under the weather.

If you're feeling fine and of legal drinking age, a little extra Vitamin C consumption doesn't hurt.

- Aviation Gin PR

 **Marilyn Starkloff** @...    · 12 Mar 20

Time for a quarantiniii 🍸😆
@AviationGin @vancityreynolds



Post your reply    

        

# EXHIBIT 18



**EXHIBIT 19**



**EXHIBIT 20**

Adrian Molin...

> Or where to find it lmao

Ehh nah keep that internal lll

> Kristen bell posted it in her story!

They hate when I go rogue on press

Stfy

Shut up

> Ohh hahah

> Hahah yup!!

Lol dude you are making the internet happy take that with you

In this time of crisis you made them all smile

Not aviation but you

Hope you realize that

Message...

# EXHIBIT 21



**Don Ellis** 🔵 @Don_C...

The Quarantini 🍸 a beautiful cocktail idea from 🇨🇦👉 @VancityReynolds & 🇺🇸👉 @colbertlateshow ...love these guys and proceeds from @AviationGin 👌, go to a good cause. The service industry has been hit really hard.



💬 3          🔁 6          ♡ 416          ⎮⎮⎮          🔖          ⤴



**Ryan Reynolds** ✔ @Van... · 08 Apr 20          ⋮

Replying to @Don_COi @colbertlateshow and @AviationGin

I wish I could take credit for the "quarantini". That credit goes to @MStarkloff 🍸

💬 14          🔁 8          ♡ 788          ⎮⎮⎮          🔖          ⤴

# EXHIBIT 22



# EXHIBIT 23

← Adrian Molin...
theadrianmolina

♥

Quit your job you have a resume
and I will be your reference and
I'm sure Ryan can haha

Hahaha that would be amazing
I need references for sure. they
would hire me just to talk to
ryan reynolds lmao 😂😂

https://twitter.com
/realCostaBoutis/status
/1238625885131091973?s=19

Costa Boutis on Twitter
"@MStarkloff @AviationGin
@VancityReynolds Here you go
https://t.co/XuDler6Ph4"

Reacted to your story
Replied to your story

I reacted the same way when
followed me

♥

😂😂😂 I think any normal
person would

Message...  🎤  🖼️  💬  ⊕

# EXHIBIT 24


Doing fine. Avoiding going out anywhere besides taking the dogs on walks/picking up trash because I still have bronchitis that just doesn't seem to want to go away. -.- Also looking for jobs kind of but idk what I want to do honestly lol. How are you?

Goood working like crazy as usual but thankful I can still work

I wish I could hire you and woman send me that resume

I personally would send to George and Ryan

They want to poach me to lead social at their marketing agency but obviously not done with Aviation yet

I think a skilled photographer and quirky social media girl might be up their alley no guarantees



 Message...   

# EXHIBIT 25

apparently this worked lmao.

Well we're gonna be in the news heavy on Monday
❤️

Top secret but yeah haua
❤️

Lmao that's great can't wait to see what's in store!
❤️

😏
❤️

Aug 18, 2020

Lmao that was quite a secret!

So I'm a little confused your followers are messaging me telling me you're a millionaire now? Lol you still work for aviation gin right? You're just on the Diageo team now?

Aug 18, 2020

Message...

**EXHIBIT 26**

10:46 · 78%

**Aviation Ameri...**
Business chat · avia...

Dec 02, 2020

Send address again girl we got you for sweaters

Haha are you sure? I mean I can buy it

Stop!

How many and what sizes

Gifting sznn

Thankyou so much!!! Only 1! Haha ❤️ thankyouuu! I think a medium though

Marilyn! Ya sure!? One for you your sis and whoever ya want 🙏🙏🙏 I appreciate everything ya do so this is the least

It's okay!! Thankyou so much!! I appreciate just the one sweater haha

Message...

---

10:46 · 77%

**Aviation Ameri...**
Business chat · avia...

Gifting sznn

Thankyou so much!!! Only 1! Haha ❤️ thankyouuu! I think a medium though

Marilyn! Ya sure!? One for you your sis and whoever ya want 🙏🙏🙏 I appreciate everything ya do so this is the least

It's okay!! Thankyou so much!! I appreciate just the one sweater haha

Okay! Resend the address and don't be upset if they are extra stocking stuffers

thankyou so much! ❤️ its 1700 christopher ave. Lehigh acres fl ❤️

Dec 31, 2020

You mentioned @aviationgin in your story

Dec 31, 2020

Message...

**EXHIBIT 27**



← Adrian Molin... >  📞 🎥 🏷
theadrianmolina

You replied to their story
Story unavailable

So awesome though 😂

Imma send you one!!!

This is the sample so hopefully
popping up by mid april

Really?? Are you sure??

Yeah girl, you'll get use out of it
in FL lol

Hahah awww thankyou so
muchhh!!!! Yess I'm always at
the pool. Anything to do with
water I'm down haha

Specifically pool trips to use it
haua
❤️

Haha yes! Of course

Mar 10, 2021

 Message...    

**EXHIBIT 28**



Hi hi! Are you shooting for aviation gin?

Jan 20, 2022

No I shoot for betty buzz though! :)

Jan 20, 2022

Ahh



But would you be interested in shooting some AAG content?

Jan 21, 2022

Yeah of course!! 🙂

❤️

**EXHIBIT 29**



**Adrian Molin**
theadrianmolina

I've been decent!

I'm leaving Aviation soon 😭

It's secret for now but I just want to thank you for the fun over the years!

> Wait why?? Aww well you'll surely be missed! Are you going to work for maximum effort too???

Can't say yet but yeah gonna miss it

When you get bought by a big company like Diageo they like to throw their people in which is annoying

You're the first to know 😭

> Totally understand! You've been with them for years so that is going to be a huge transition! Awww that's ashame!! I'm sorry!! Well I hope you're going

**EXHIBIT 30**

Khris with a K ›

Lol exactly 😄

Btw, I'm gonna reach out to you soon for a price quote. I'm working with a brand that needs some bottle photography

Aw thank you for thinking of me!! That would be so cool!!

😉

Love your work

❤️

Aw thank you soo much!! Excited to find out what brand it is haha!

🤫

🤫

😫

😶

# EXHIBIT 31

10:49 · Aviation Ameri... Business chat · avia...

Sep 13, 2023

**Hey @aviationgin,**

I hope this message finds you in good spirits (sorry for the tacky/pun introduction). I wanted to reach out and express my appreciation for the incredible journey we've shared so far. It's been an absolute pleasure working with Aviation Gin and witnessing our collaborative efforts go above and beyond.

As a dedicated photographer/content creator seeing aviation gins' brand flourish and getting to witness the impact of our collaborative work has been nothing short of amazing. I'm very passionate about gin in more ways than one. 😄

Given the growth and demands of my professional commitments now that I've created my business, I find

---

10:50 · Aviation Ameri... Business chat · avia...

the way I approach the way I work. While I have truly enjoyed contributing to Aviation Gin's success in the past, I must now prioritize sustainable partnerships that align with supporting me as a business.

With this in mind, I wanted to discuss the potential of a tailored collaboration with Aviation Gin on a compensated basis, I can continue to create content that captures the essence of Aviation Gin while nurturing a mutually beneficial partnership.

I understand that budgetary considerations are significant for all parties involved, and I am more than willing to work within your budget. I would love the opportunity to contribute to Aviation Gin's visual story, and I am confident that our collaboration will yield results if given the opportunity.

If, for any reason, a compensated collaboration

---

10:50 · Aviation Ameri... Business chat · avia...

If, for any reason, a compensated collaboration may not be feasible at this time, I would be honored if you would consider me for future projects when circumstances allow. I am committed to establishing a long-term professional relationship with Aviation Gin. Since you saw potential in my work that I didn't even see myself. Which inspired me to continue creatting. I believe that our partnership can create a fun story telling outcome.

Thank y

Of course Marilyn!!

Thank you for your understanding and your continued support. I am genuinely excited about the potential of a collaboration if possible.

Thank youuu!!!!

---

10:50 · Aviation Ameri... Business chat · avia...

Thank youuu!!!

Coming up on some organic content brainstorms and definitely would be able to work something out fora proper paid shoot!

❤

Thank you I appreciate this so much!! It means alot!!! If you wanted to toss around brainstorming ideas i'd be open to it!!

Sep 15, 2023

I kind of have a really fun idea in mind for halloween if you would be up for it!!!

Oct 31, 5:43 PM

**Post unavailable**
This post is unavailable.

Nov 25, 4:39 PM

# EXHIBIT 32



          

**1,900 likes**
**marilyn_star** Happy father's day.



    

**1,900 likes**

marilyn_star Happy father's day.

**EXHIBIT 33**



**aviationgin** ✓

♪ aviationgin · Original audio





**3,803 likes**

**aviationgin** The Gin Variance Authority will catch up with them eventually. But need to do it quickly – these bottles are only available for a limited time.
Link in bio. See Marvel Studios' #DeadpoolAndWolverine❤️💛, in theaters July 26.



July 22

# EXHIBIT 34

**Marilyn Starkloff** <starkloffmarilyn@gmail.com>
to Bryan, Clare ▾

Fri, Jul 26, 1:02 PM (11 days ago)   ⭐   ☺   ↩   ⋮

Hi Claire,

Thank you so much Bryan for kindly connecting me with someone who can assist you have been such a great help, I'm reaching out because I'm facing a challenging situation with Aviation Gin and could really use the guidance.

Over the past six years, I've dedicated a significant amount of time and effort to creating content for Aviation Gin. Much of this work was done on my own initiative, although there were also direct requests from the company. Despite numerous messages about potential compensation, paid gigs, and messages of merchandise, I have not received payment or so much as a bottle, just some merchandise.. Most of the merchandise I received had to be given to the models featured in the images used on Aviation Gin's website. As well in other instances where I was requested for specific content. I did not have the means myself to pay them. I didn't expect them to work for nothing. Additionally, some of my images were posted without my knowledge or proper credit. I let this slide at the time, simply happy that my work was enjoyed, hoping it would foster a positive and collaborative experience in the future.

Ten months ago, I formally sought collaboration and compensation for my work. The response I received from Aviation Gin was encouraging, with promises of organic content brainstorms and a proper paid shoot. However, this never materialized, and it feels as though I was given these responses just to keep me producing content. I have other messages dating as far back as 2018/2022/etc. in similar instances. This situation has taken an emotional toll on me, making me question my worth and the value of my work. Other creators I've spoken to that have worked with Aviation Gin have not faced the same lack of compensation, which only adds to my confusion and frustration. They also mentioned their struggles with the company as well. (They actually were the ones who reached out to me first- minus 2 of them)

I continued to create content in the hope of fostering a good relationship and believing that something positive would eventually come from my efforts. Initially, I was thrilled just to be noticed. However, it has become increasingly clear that it is a one-sided relationship. Despite the recognition from Ryan Reynolds, I need to support myself and can no longer work for free, hoping for future opportunities that are being messaged. I want to align myself with companies that genuinely support my growth and are willing to collaborate fairly. Unfortunately, I have not experienced this with Aviation Gin.

Recently, an idea I shared that Ryan Reynolds featured in his story last month was strikingly similar to a post by Aviation Gin this month with of course some elements from "Everything, everywhere all at once.". This coincidence has only added to my concerns whether or not my ideas are being used with so much of a message about collabing on it. I don't know if this was intentional, but I was very passionate about it and there was no wolverine bottle at the time so I used Laughing Man Coffee. This situation has been weighing heavily on me, and I need to decide how far to take this because it has affected my life and mental health.

I would greatly appreciate advice you can offer. Thank you for taking the time to help with this!

Best regards,

Marilyn Starkloff



**Marilyn Starkloff** <starkloffmarilyn@gmail.com>
to Bryan, Clare ▾

Tue, Jul 30, 12:53 PM (7 days ago)    ☆    ☺    ↩    ⋮

 

Dear Clare,

I hope you had a great weekend! I enjoyed watching the recent release of the Deadpool and Wolverine movie. It was fantastic to see all of your hard work come together as a team, and I'm thrilled to see everyone's efforts at ==Maximum== Effort pay off.

I'm reaching out to follow up on my previous message about the content I've created for Aviation Gin. I understand you've just returned to the office and wanted to ensure my email reached you. Additionally, I apologize for any confusion caused by the typo of your name in my last email.

As I mentioned, I've put a significant amount of effort and passion into creating content for Aviation Gin, both requested and self-initiated. While I've enjoyed the creative process and the recognition, the lack of clarity around our collaboration and compensation has been challenging. I would appreciate your assistance in helping with this matter.

Thank you for your time and consideration. I look forward to your response.

Best regards,
Marilyn Starkloff

•••



**Marilyn Starkloff** <starkloffmarilyn@gmail.com>
to Bryan, Clare ▾

Mon, Aug 5, 8:00 AM (1 day ago)    ☆    ☺    ↩    ⋮

Hi Clare,

I hope this message finds you well. I understand that you have a demanding schedule, but I'm writing to follow up on my previous emails. I wanted to ensure that my message has been received, as I haven't yet heard back yet.

I recognize how busy things can get, and I'm more than willing to wait for a response. I just want to make sure that my email hasn't been overlooked or lost in the shuffle.

Additionally, I wanted to ask if you are the right person I need to be speaking with regarding this matter? If not, could you please put me in contact with the right person, so I can discuss the situation with them?

I have maintained detailed records and screenshots of my communications within your team, which I have been told by a legal professional who specializes in these claims are sufficient evidence. However, my intent is not to escalate matters legally but rather to seek a fair resolution if possible. This situation has significantly impacted my mental health and professional life for years, and I hope we can address it amicably so that I don't have to raise awareness of these issues publicly.

Thank you again for your attention to this matter. I look forward to your reply when you have the opportunity.

Warm regards,

Marilyn Starkloff

**EXHIBIT 35**

← 

**Aug 29, 2024**

# We removed your post

## Why this happened

It looks like you tried to get likes, follows, shares or video views in a misleading way.



**Marilyn Starkloff**
Mar 13, 2020

The video thankyou @[203964302978051:274:Aviation Gin] for sending it to me! Lmao
You shared this on your profile

This goes against our Community Standards on spam.

 **See rule**                                                    〉

## What you need to know

⊘  **Repeatedly breaking our rules can cause more account restrictions**                                                         〉

⦗a⦘  **How we made this decision**                                    〉

**Request review**