UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

      Plaintiff,

vs.   Case No: 2:24-cv-01013

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

      Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Aviation Gin LLC
       Three World Trade Center
       175 Greenwich St
       New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Landry Legal PLLC
    Joshua S. Battat
    43 W 43rd Street,
    Suite 272
    New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____ _____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

       Plaintiff,

vs.                                         Case No: 2:24-cv-01013

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

       Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Diageo North America Inc.
        Three World Trade Center
        175 Greenwich St
        New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Landry Legal PLLC
    Joshua S. Battat
    43 W 43rd Street,
    Suite 272
    New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
                                 Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.                                    Case No: 2:24-cv-01013

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Maximum Effort Productions LLC
         1660 Stanford St.
         Santa Monica, California 90404

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Landry Legal PLLC
         Joshua S. Battat
         43 W 43rd Street,
         Suite 272
         New York, NY 10036

         If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
                                                      Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.                                               Case No: 2:24-cv-01013

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Aviation Gin LLC
        c/o Ryan Reynolds
        Three World Trade Center
        175 Greenwich St
        New York, NY 10007

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Landry Legal PLLC
    Joshua S. Battat
    43 W 43rd Street,
    Suite 272
    New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.                              Case No: 2:24-cv-01013

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Aviation Gin LLC
        c/o Adrian Molina
        Three World Trade Center
        175 Greenwich St
        New York, NY 10007

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Landry Legal PLLC
    Joshua S. Battat
    43 W 43rd Street,
    Suite 272
    New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____  _____
Signature of Clerk or Deputy Clerk