UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.                                              Case No: 2:24-cv-01013-JLB-NPM

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Aviation Gin LLC
        Three World Trade Center
        175 Greenwich St
        New York, NY 10007

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Landry Legal PLLC
    Joshua S. Battat
    43 W 43rd Street,
    Suite 272
    New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 4, 2024

*Ashleigh Levi*
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.                                           Case No: 2:24-cv-01013-JLB-NPM

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Diageo North America Inc.
          Three World Trade Center
          175 Greenwich St
          New York, NY 10007

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Landry Legal PLLC
      Joshua S. Battat
      43 W 43rd Street,
      Suite 272
      New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 4, 2024

_Ashleigh Levi_
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.                                    Case No: 2:24-cv-01013-JLB-NPM

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:     Maximum Effort Productions LLC
          1660 Stanford St.
          Santa Monica, California 90404

          A lawsuit has been filed against you.

          Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Landry Legal PLLC
          Joshua S. Battat
          43 W 43rd Street,
          Suite 272
          New York, NY 10036

          If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 4, 2024

_Ashleigh Lewi_
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.                                                          Case No: 2:24-cv-01013-JLB-NPM

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Aviation Gin LLC
         c/o Ryan Reynolds
         Three World Trade Center
         175 Greenwich St
         New York, NY 10007

         A lawsuit has been filed against you.

         Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Landry Legal PLLC
         Joshua S. Battat
         43 W 43rd Street,
         Suite 272
         New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 4, 2024

_Ashleigh Levi_
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

        Plaintiff,

vs.

Case No: 2:24-cv-01013-JLB-NPM

AVIATION GIN, LLC, a Delaware Corporation, DIAGEO NORTH AMERICA, Inc, a New York Corporation, MAXIMUM EFFORT PRODUCTIONS LLC, a Delaware Corporation, RYAN REYNOLDS, an Individual, and ADRIAN MOLINA, an Individual.

        Defendants.
_____/

**SUMMONS IN A CIVIL ACTION**

To:    Aviation Gin LLC
        c/o Adrian Molina
        Three World Trade Center
        175 Greenwich St
        New York, NY 10007

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Landry Legal PLLC
    Joshua S. Battat
    43 W 43rd Street,
    Suite 272
    New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 4, 2024

_Ashleigh Levi_
Signature of Clerk or Deputy Clerk