UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARILYN STARKLOFF, an Individual

      Plaintiff,

vs.                                       Case No: 2:24-cv-01013-JLB-NPM

AVIATION GIN, LLC, a Delaware
Corporation, DIAGEO NORTH AMERICA,
Inc, a New York Corporation, MAXIMUM
EFFORT PRODUCTIONS LLC, a Delaware
Corporation, RYAN REYNOLDS, an Individual,
and ADRIAN MOLINA, an Individual.

      Defendants.

_____/

## NOTICE OF RESOLUTION

Pursuant to Local Civil Rule 3.09, Plaintiff, MARILYN STARKLOFF, hereby notifies the Court that it has resolved the above-captioned action with Defendants, AVIATION GIN, LLC, DIAGEO NORTH AMERICA, INC, MAXIMUM EFFORT PRODUCTIONS LLC, RYAN REYNOLDS, AND ADRIAN MOLINA.

Dated: November 6, 2024

Respectfully submitted,

| | |
|---|---|
| **LANDRY LEGAL PLLC** | **PERRY & YOUNG** |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| 43 W. 43rd St. Suite 272 | 200 Harrison Ave. |
| New York, NY 10036 | Panama City, FL 32401 |
| Phone: 404-873-1111 | Phone: 850-215-7777 |
| Email: josh@landrypllc.com | Email: lperry@perry-young.com |
| | |
| By: */s/ Joshua S. Battat* | By: */s/Henry Lawrence Perry* |
| Joshua S. Battat | Henry Lawrence Perry |
| Florida Bar Number: 1050364 | Florida Bar Number: 59765 |