AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✖ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| DOCKET NO.<br>2:24-cv-1013-JLB-NPM | DATE FILED<br>November 1, 2024 | 401 W. Central Boulevard, Suite 1200<br>Orlando, FL 32801 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MARILYN STARKLOFF | AVIATION GIN, LLC, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1   See Attached Order | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ✖ Order   ☐ Judgment | Yes       No | November 7, 2024 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ELIZABETH M. WARREN | Julissa Soto | November 7, 2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 11/7/2024 at 9:43 AM EST and filed on 11/7/2024
**Case Name:** Starkloff v. Aviation Gin, LLC et al
**Case Number:** [2:24-cv-01013-JLB-NPM](#)
**Filer:**
**Document Number:** 7(No document attached)

**Docket Text:**
TEXT ORDER. The parties have filed a Notice of Resolution. (Doc. [6]). Accordingly, this action is DISMISSED without prejudice subject to the right of any party within thirty days to file another paper per Local Rule 3.09(b) or to move to reopen the case, which motion the Court would liberally grant. If no such papers have been filed within this thirty-day period, the dismissal of this case shall be with prejudice. The Clerk of Court is now DIRECTED to deny all pending motions as moot, terminate any deadlines, and close the case, subject to reopening if the parties file an appropriate motion within the thirty-day deadline set forth above. Signed by Judge John L. Badalamenti on 11/7/2024. (BPC)